IN THE UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 24-32919 |
| REBECCA MARIE LAWRENCE | § | |
| | § | |
| | § | |
| DEBTOR(S) | § | CHAPTER 7 |

### NOTICE OF CORRECTION OF DEBTOR'S ADDRESS

DEBTOR:

I, **Rebecca Marie Lawrence**, a debtor in the above-referenced case, declare under penalty of perjury that the foregoing is true and correct:

Address on Original Petition:
17724 Lake Montgomery
Montgomery, TX 77316

Corrected Address (apartment number corrected):
17724 Lake Cove Ct
Montgomery, TX 77316

Date: July 2, 2024

Respectfully submitted,

RESOLVE LAW GROUP,
registered dba of Price Law Group, APC

/s/ Stuart M Price
Stuart M Price
TX Bar No. 3821835
801 Travis St., Suite 2101
Houston, TX 77002
Phone: (727) 707-4217
Email: stuart@resolvelawgroup.com
ATTORNEY FOR DEBTOR(S)

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on or before July 2, 2024, a true and correct copy of the foregoing was served electronically on the Debtor, 17724 Lake Cove Ct Montgomery, TX 77316 ,the Office of the U.S. Trustee, the Chapter 7 Trustee, all attorneys and parties-in-interest who have requested notices, and via regular, first class mail, postage prepaid, to each party on the attached service list.

                                                                                      */s/ Stuart M Price*
                                                                                      Stuart M Price