**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Rebecca | Marie | Lawrence |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: __Southern__ District of __Texas__

Case number (if known): 24-32919

☑ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|
| **2.1** **Chase Mortgage**<br>Creditor's Name<br>**Attn: Legal Correspondence Center**<br>**700 Kansas Ln Mail Code LA4-7200**<br>Number     Street<br>**Monroe, LA 71203**<br>City     State     ZIP Code | Describe the property that secures the claim:<br>**17724 Lake Cove Ct Montgomery, TX 77316**<br><br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $156,545.00 | $369,320.00 | $0.00 |

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **7/1/2022**   Last 4 digits of account number   **7   3   6   9**

Add the dollar value of your entries in Column A on this page. Write that number here:   **$156,545.00**

Debtor 1  **Rebecca   Marie   Lawrence**                Case number *(if known)* 24-32919
          First Name   Middle Name   Last Name

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|
| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | | | |

**2.2**  **Shell Federal Credit Union**    Describe the property that secures the claim:    $96,585.00    $369,320.00    $0.00
    Creditor's Name
    **Attn: Bankruptcy**    **17724 Lake Cove Ct** Montgomery, TX 77316

    **PO Box 578**    **As of the date you file, the claim is:** Check all that apply.
    Number    Street    ❏ Contingent
    **Deer Park, TX 77536-0578**    ❏ Unliquidated
    City    State    ZIP Code    ❏ Disputed

    **Who owes the debt?** Check one.    **Nature of lien.** Check all that apply.
    ☑ Debtor 1 only    ❏ An agreement you made (such as mortgage or secured car loan)
    ❏ Debtor 2 only    ❏ Statutory lien (such as tax lien, mechanic's lien)
    ❏ Debtor 1 and Debtor 2 only    ❏ Judgment lien from a lawsuit
    ❏ At least one of the debtors and another    ❏ Other (including a right to offset) _____

    ❏ **Check if this claim relates to a community debt**

    Date debt was incurred    **8/1/2023**    Last 4 digits of account number    0  0  8  0

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | $96,585.00 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $253,130.00 |

Official Form 106D       Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**       page __2__ of __2__