**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Rebecca** | **Marie** | **Lawrence** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Southern** District of **Texas**

Case number   **24-32919**

☑ Check if this is an amended filing

# Official Form 106A/B
# Schedule A/B: Property                              12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

   | | | |
   |---|---|---|
   | 1.1 | **17724 Lake Cove Ct** | |
   | | Street address, if available, or other description | |
   | | **Montgomery, TX 77316** | |
   | | City   State   ZIP Code | |
   | | **Montgomery** | |
   | | County | |

   **What is the property?** Check all that apply.
   ☑ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other _____

   **Who has an interest in the property?** Check one.
   ☑ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   Other information you wish to add about this item, such as local property identification number: _____

   **Source of Value:** **Montgomery County Property Appraiser**

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   **Current value of the entire property?**  **$369,320.00**
   **Current value of the portion you own?**  **$369,320.00**

   **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
   **Fee Simple**

   ☐ Check if this is community property (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here** ........................................→   **$369,320.00**

## Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ☑ Yes

Debtor **Lawrence, Rebecca Marie**                     Case number *(if known)* **24-32919**

| 3.1 | Make: | **Honda** | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|
| | Model: | **Pilot Touring Sport Utility 4D** | ☑ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another | |
| | Year: | **2021** | | **Current value of the entire property?**   **Current value of the portion you own?** |
| | Approximate mileage: | **65,128** | ☐ Check if this is community property (see instructions) | **$26,895.00**   **$26,895.00** |
| | Other information: | VIN: 5FNYF5H66MB010546 | | |

If you own or have more than one, describe here:

| 3.2 | Make: | **Icon** | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|
| | Model: | **I40L** | ☑ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another | |
| | Year: | **2023** | | **Current value of the entire property?**   **Current value of the portion you own?** |
| | Approximate mileage: | **1,500.00** | ☐ Check if this is community property (see instructions) | **$9,000.00**   **$9,000.00** |
| | Other information: | | | |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☑ No
   ☐ Yes

| 4.1 | Make: | | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|
| | Model: | | ☐ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another | |
| | Year: | | | **Current value of the entire property?**   **Current value of the portion you own?** |
| | Other information: | | ☐ Check if this is community property (see instructions) | |

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ...............................................................................  →      **$35,895.00**

| **Part 3:** | Describe Your Personal and Household Items |
|---|---|

**Do you own or have any legal or equitable interest in any of the following items?**   **Current value of the portion you own?**
Do not deduct secured claims or exemptions.

Debtor  **Lawrence, Rebecca Marie**  Case number *(if known)* **24-32919**

---

6.  **Household goods and furnishings**

    *Examples:*  Major appliances, furniture, linens, china, kitchenware

    ☐ No

    ☑ Yes. Describe. .........

    | **One sofa, two recliners, one TV stand, 2 dining tables with 12 chairs, four TV trays, buffet table, miscellaneous kitchenware, two clocks, one chest of drawers, four night stands, one desk, two filing cabinets, one love seat, two side tables, seven lamps, three beds, two dressers, and one chair (No item is valued in excess of $1,000.00)** | **$2,000.00** |

7.  **Electronics**

    *Examples:*  Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

    ☐ No

    ☑ Yes. Describe. .........

    | **Two DVD players, two TV's, one desktop computer, one table, two laptops, one stereo, and one gaming system (No item is valued in excess of $1,000.00)** | **$1,000.00** |

8.  **Collectibles of value**

    *Examples:*  Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

    ☑ No

    ☐ Yes. Describe. .........

9.  **Equipment for sports and hobbies**

    *Examples:*  Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

    ☐ No

    ☑ Yes. Describe. .........

    | **Miscellaneous garden tools and tools (No item is valued in excess of $1,000.00)**<br><br>**One kayak, and nine fishing poles (No item is valued in excess of $1,000.00)** | **$350.00** |

10. **Firearms**

    *Examples:*  Pistols, rifles, shotguns, ammunition, and related equipment

    ☐ No

    ☑ Yes. Describe. .........

    | **Yildiz 20 gauge semi automatic and Mossberg 20 gauge pump action (No item is valued in excess of $1,000.00)** | **$575.00** |

11. **Clothes**

    *Examples:*  Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No

    ☑ Yes. Describe. .........

    | **All clothing (No item is valued in excess of $1,000.00)** | **$100.00** |

Debtor **Lawrence, Rebecca Marie**      Case number *(if known)* **24-32919**

---

12. **Jewelry**

    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☐ No
    ☑ Yes. Describe. .........

    | All jewelry (No item is valued in excess of $1,000.00) | $500.00 |

13. **Non-farm animals**

    *Examples:* Dogs, cats, birds, horses

    ☐ No
    ☑ Yes. Describe. .........

    | Dog | $200.00 |

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☐ No
    ☑ Yes. Give specific information. .............

    | Gun safe (No item is valued in excess of $1,000.00)  Table and 6 chairs in storage unit | $600.00 |

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ..................................................................................................... → **$5,325.00**

---

### Part 4: Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**   **Current value of the portion you own?** Do not deduct secured claims or exemptions.

16. **Cash**

    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☑ No
    ☐ Yes ........................................................................................................................  Cash: ..................  _____

---

Official Form 106A/B         **Schedule A/B: Property**         page **4**

Debtor **Lawrence, Rebecca Marie**   Case number *(if known)* **24-32919**

17. **Deposits of money**

    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

    ☐ No
    ☑ Yes .....................    Institution name:

    | | | |
    |---|---|---:|
    | 17.1. Checking account: | **Capital One** <br> Account Number: XXXXXXXX2502 | **$0.00** |
    | 17.2. Checking account: | **Capital One** <br> Account Number: XXXXXXXX2994 | **$0.00** |
    | 17.3. Checking account: | **Credit Karma** <br> Account Number: XXXXXXXX9039 | **$19.22** |
    | 17.4. Checking account: | **First Convenience Bank** <br> Account Number: XXXXXXXX6376 | **$1.39** |
    | 17.5. Checking account: | **First Convenience Bank** <br> Account Number: XXXX2513 | **$2.32** |
    | 17.6. Checking account: | **JPMorgan Chase** <br> Account Number: XXXXXXXX0681 | **$0.00** |
    | 17.7. Checking account: | **Shell Federal Credit Union** <br> Account Number: XXXXXXXX1425 | **$61.62** |
    | 17.8. Checking account: | **Venmo** <br> Account Number: XXXX | **unknown** |
    | 17.9. Checking account: | **Wells Fargo** <br> Account Number: XXXXXXXX1848 | **$0.00** |
    | 17.10. Checking account: | **Woodforest National Bank** <br> Account Number: XXXXXXXX9411 | **$0.00** |
    | 17.11. Checking account: | **WoodForest National Bank** <br> Account Number: XXXXXXXX0686 | **$3.21** |
    | 17.12. Savings account: | **Capital One** <br> Account Number: XXXXXXXX4785 | **$0.00** |
    | 17.13. Savings account: | **Capital One** <br> Account Number: XXXXXXXX0036 | **$0.50** |
    | 17.14. Savings account: | ==**Capital One**== <br> Account Number: XXXXXXXX0054 | **$1.58** |
    | 17.15. Savings account: | **Citizens Bank** <br> Account Number: XXXXXXXX7981 | **$82.17** |
    | 17.16. Savings account: | **JPMorgan Chase** <br> Account Number: XXXXXXXX8277 | **$18.45** |
    | 17.17. Savings account: | **JPMorgan Chase** <br> Account Number: XXXXXXXX0508 | **$86.57** |
    | 17.18. Savings account: | **Shell Federal Credit Union** <br> Account Number: XXXX1425 | **$0.23** |

Debtor __Lawrence, Rebecca Marie_____   Case number *(if known)* __24-32919__

---

18. **Bonds, mutual funds, or publicly traded stocks**

    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

    ☒ No
    ☐ Yes ................   Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ☒ No
    ☐ Yes. Give specific information about them....................   Name of entity:                                                     % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ☒ No
    ☐ Yes. Give specific information about them....................   Issuer name:

21. **Retirement or pension accounts**

    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☒ No
    ☐ Yes. List each account separately.   Type of account:   Institution name:

    401(k) or similar plan:

    Pension plan:

    IRA:

    Retirement account:

    Keogh:

    Additional account:

    Additional account:

---

Official Form 106A/B                              **Schedule A/B: Property**                                    page **6**

Debtor **Lawrence, Rebecca Marie**                                             Case number *(if known)* **24-32919**

---

22. **Security deposits and prepayments**

    Your share of all unused deposits you have made so that you may continue service or use from a company

    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

    ☑ No
    ☐ Yes ....................     Institution name or individual:

    - Electric: _____
    - Gas: _____
    - Heating oil: _____
    - Security deposit on rental unit: _____
    - Prepaid rent: _____
    - Telephone: _____
    - Water: _____
    - Rented furniture: _____
    - Other: _____

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

    ☑ No
    ☐ Yes ....................     Issuer name and description:

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

    ☑ No
    ☐ Yes ....................     Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

    ☑ No
    ☐ Yes. Give specific information about them. ...

Debtor **Lawrence, Rebecca Marie**                                                                        Case number *(if known)* **24-32919**

---

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:*  Internet domain names, websites, proceeds from royalties and licensing agreements
    ☑ No
    ☐ Yes. Give specific information about them. ...

27. **Licenses, franchises, and other general intangibles**
    *Examples:*  Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ☑ No
    ☐ Yes. Give specific information about them. ...

**Money or property owed to you?**                                                                                                    **Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**
    ☑ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ...................
    Federal:
    State:
    Local:

29. **Family support**
    *Examples:*  Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ☑ No
    ☐ Yes. Give specific information. ........
    Alimony:
    Maintenance:
    Support:
    Divorce settlement:
    Property settlement:

30. **Other amounts someone owes you**
    *Examples:*  Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ☑ No
    ☐ Yes. Give specific information. ........

Debtor **Lawrence, Rebecca Marie**                                    Case number *(if known)* **24-32919**

---

31. **Interests in insurance policies**

    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

    ☐ No
    ☑ Yes. Name the insurance company of each policy and list its value. ...

    | Company name: | Beneficiary: | Surrender or refund value: |
    |---|---|---|
    | AIG Life Term Policy | Makayla Lawrence | $0.00 |
    | Gerber Life Whole Policy | Rebecca Lawrence and James C Lawrence | $134.85 |
    | Gerber Life Whole Policy | Rebecca Lawrence and James C Lawrence | $90.71 |
    | Gerber Life Whole Policy | Rebecca Lawrence | $127.92 |
    | Gerber Life Whole Policy | Rebecca Lawrence | $149.03 |
    | Horace Mann Whole Policy | Rebecca Lawrence | $1,061.25 |
    | Mutual of Omaha | Makayla Lawrence | unknown |

32. **Any interest in property that is due you from someone who has died**

    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

    ☐ No
    ☑ Yes. Give specific information. ........   **Potential interest from deceased ex spouse: Gosling Rd 77389 TR 5L ABST 189 J COOPER 2.9270 AC (Account number: 042-043-000-0033)**                                                                                          unknown

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

    ☑ No
    ☐ Yes. Describe each claim. .............

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ☑ No
    ☐ Yes. Describe each claim. .............

35. **Any financial assets you did not already list**

    ☑ No
    ☐ Yes. Give specific information. ........

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ...................................................................................................... →   **$1,841.02**

---

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

Debtor **Lawrence, Rebecca Marie**                                                                      Case number *(if known)* **24-32919**

---

37. **Do you own or have any legal or equitable interest in any business-related property?**
    - ☑ No. Go to Part 6.
    - ☐ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**
    - ☑ No
    - ☐ Yes. Describe. .........

39. **Office equipment, furnishings, and supplies**
    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
    - ☑ No
    - ☐ Yes. Describe. .........

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
    - ☑ No
    - ☐ Yes. Describe. .........

41. **Inventory**
    - ☑ No
    - ☐ Yes. Describe. .........

42. **Interests in partnerships or joint ventures**
    - ☑ No
    - ☐ Yes. Describe .......

    | Name of entity: | % of ownership: |
    |---|---|
    |  |  |
    |  |  |
    |  |  |

43. **Customer lists, mailing lists, or other compilations**
    - ☑ No
    - ☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**
        - ☐ No
        - ☐ Yes. Describe. .........

---

Debtor **Lawrence, Rebecca Marie**                                                                                         Case number *(if known)* **24-32919**

---

44. **Any business-related property you did not already list**

    ☑ No

    ☐ Yes. Give specific information .........

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** ................................................................................................................................ ➔   $0.00

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
**If you own or have an interest in farmland, list it in Part 1.**

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

    ☑ No. Go to Part 7.

    ☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**

    *Examples:* Livestock, poultry, farm-raised fish

    ☑ No

    ☐ Yes .........................

48. **Crops—either growing or harvested**

    ☑ No

    ☐ Yes. Give specific information. ............

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

    ☑ No

    ☐ Yes .........................

50. **Farm and fishing supplies, chemicals, and feed**

    ☑ No

    ☐ Yes .........................

---

Official Form 106A/B                                   Schedule A/B: Property                                   page **11**

Debtor **Lawrence, Rebecca Marie**     Case number *(if known)* **24-32919**

---

51. **Any farm- and commercial fishing-related property you did not already list**
    - ☑ No
    - ☐ Yes. Give specific information. ............

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ➔ **$0.00**

### Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    - ☑ No
    - ☐ Yes. Give specific information. ............

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ........... ➔ **$0.00**

### Part 8: List the Totals of Each Part of this Form

| Line | Description | Amount | Total |
|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** | | **$369,320.00** |
| 56. | **Part 2: Total vehicles, line 5** | $35,895.00 | |
| 57. | **Part 3: Total personal and household items, line 15** | $5,325.00 | |
| 58. | **Part 4: Total financial assets, line 36** | $1,841.02 | |
| 59. | **Part 5: Total business-related property, line 45** | $0.00 | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | |
| 61. | **Part 7: Total other property not listed, line 54** | + $0.00 | |
| 62. | **Total personal property.** Add lines 56 through 61. ............... | $43,061.02   Copy personal property total ➔ | + **$43,061.02** |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62. .................... | | **$412,381.02** |

---