UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO.   24-32919 |
| REBECCA MARIE LAWRENCE | § | |
| DEBTOR(S), | § | CHAPTER  7 |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE OF NOTICES AND PLEADINGS**

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

**MONTGOMERY COUNTY**

secured creditor(s) in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditor(s) in care of the undersigned at the address set forth below.

**Certificate of Service**

I do hereby certify that on **12th** day of **Sept.** ,2024, a copy of the above and foregoing has been this date served electronically or mailed to the parties listed below:

| | | |
|---|---|---|
| STUART MICHAEL PRICE<br>RESOLVE LAW GROUP<br>801 TRAVIS STREET, SUITE 2101<br>HOUSTON, TX 77002 | EVA S. ENGELHART<br>ROSS BANKS MAY CRON & CAVIN, PC<br>7700 SAN FELIPE SUITE 550<br>HOUSTON, TX 77063 | REBECCA MARIE LAWRENCE<br>17724 LAKE COVE CT<br>MONTGOMERY, TX 77316 |

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
PO Box 3064
HOUSTON, TX 77253-3064
Telephone:  (713) 844-3400
Facsimile:   (713) 844-3503
Email:         houston_bankruptcy@lgbs.com

By:   /s/ Jeannie Lee Andresen
_____
Jeannie Lee Andresen
SBN: 24086239 TX